IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ANDRE JAMES WILEY,                §
       Petitioner,                §
                      §
v.                                §      No. 3:25-CV-0922-D
                      §
STATE OF TEXAS, et al.,            §
       Respondents.              §

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's objections, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.  For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the Petition for Leave to Proceed as Next Friend, Trustee, and Holder of Private Power of Attorney for Andre James Wiley in a Habeas Corpus Proceeding, filed on May 5, 2025 (ECF No. 7), is denied.  By separate judgment, the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, filed on April 14, 2025 (ECF No. 3), will be dismissed without prejudice for lack of jurisdiction.

Petitioner's June 30, 2025 petition for issuance of writ and immediate release (ECF No. 12) is denied.

A certificate of appealability is not required to appeal the denial of relief under 28 U.S.C. § 2241.  *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005).  If petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**

July 2, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE