UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANTIAGO PINEDA, and all others similarly situated under 29 U.S.C. § 216(b), and MARIA PENA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:13-CV-0588-B |
| JTCH APARTMENTS, LLC, and SIMONA VIZIREANU, | § § § § | |
| Defendants. | § | |

## ORDER SETTING HEARING

Before the Court is Plaintiffs Santiago Pineda's and Maria Pena's Motion for Clarification Regarding the Court's Order (DE 125) Entered February 9, 2016 (Doc. 126). The Court hereby sets this Motion for a hearing on **Friday, February 19, 2016, at 10:00 am**. The Court further **ORDERS** expedited briefing on the Motion: Defendants must file a response on or before **February 18, 2016**, and Plaintiffs may not file a reply. At the hearing, the Court will decide the Motion, taking into account the requirements for supersedeas bonds set forth in *Poplar Grove Planting & Refining Co., Inc. v. Bache Halsey Stuart, Inc.*, 600 F.2d 1189 (5th Cir. 1979).

SO ORDERED.

SIGNED: February 10, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -